UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>CHRISTOPHER PONCE DEAQUINO<br>AND DANIEL ALEJANDRO ZAVALA,<br><br>                    Defendants. | 18 Cr. 735 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that the following trial schedule will be in effect:

- Trial will be set to begin on **October 5, 2020, at 9:00 a.m.**;

- The parties' respective jury charge requests, proposed voir dire questions, and any motions in limine will be due **September 7, 2020**;

- Any opposition papers to motions in limine will be due **September 14, 2020**; and

- The final-pretrial conference will be scheduled for **September 22, 2020, at 3:30 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   March 20, 2020
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge