MEMO ENDORSED

**Federal Defenders OF NEW YORK, INC.**

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Southern District*

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 17, 2020

*VIA ECF*
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street
New York, New York 10007

      Re:   *United States v. Daniel Zavala*, 18 CR 735 (KPF)

Dear Judge Failla:

With the consent of pretrial services and the government, I write to seek a modification to Mr. Zavala's bail conditions so that he can travel from California, where he resides and is supervised, to Tuscon, Arizona to visit his sister who is expecting a child. If permitted to travel, Mr. Zavala will travel between September 25 and October 2, 2020. He will provide a detailed itinerary, including contact information, to his supervising pretrial officer before leaving.

Mr. Zavala has been subject to pretrial supervision since his arrest in July of 2018 and has not been the subject of any violations. The government and pretrial services do no object to this application.

Respectfully submitted,

/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender

cc: AUSA Justin Rodriguez (via ECF)
    NY-USPO Robert Trail (via email)
    CA-USPO Gallenberger (via email)

Application GRANTED.

Dated:   September 18, 2020
           New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE