**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 19, 2021

*VIA ECF*
The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007



Re: *United States v. DeAquino and Zavala,* 18 CR 735 (KPF)

Dear Judge Failla:

With the consent of the government, I write to seek an adjournment of about three weeks of Mr. Zavala's sentencing, which is currently scheduled for April 13, 2021. I will be on trial before Judge Schofield during the week of April 12, 2021 and therefore ask that the date be moved so that I can prepare for and be present for the sentencing after the trial concludes.

Respectfully submitted,

/s/Julia Gatto
Julia L. Gatto
Assistant Federal Defender
(212) 417-8750

cc: AUSA Justin Rodriguez (via ECF)
David S. Greenfield, Esq. (via ECF)

---

```
Application GRANTED.  The sentencing scheduled for April 13, 2021, is
hereby ADJOURNED to May 14, 2021, at 3:00 p.m., in Courtroom 618 of the
Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.
Defendant's sentencing submission shall be due two weeks in advance of
sentencing and the Government's submission is due one week in advance of
sentencing.
```

```
                                   SO ORDERED.
Dated:    March 19, 2021
          New York, New York
                                   [signature: Katherine Polk Failla]

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE
```