# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 29, 2021



*VIA ECF*
The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *United States v. DeAquino and Zavala,* 18 CR 735 (KPF)

Dear Judge Failla:

Mr. Zavala is scheduled to be sentenced May 14, 2021. Under the Court's rules, Mr. Zavala's sentencing submission is due tomorrow. Because I have been on trial before Judge Schofield the last two weeks, I need additional time to effectively prepare Mr. Zavala's sentencing submission. As such, with the consent of the government, I ask that the date by which Mr. Zavala must file his submission be extended until no later than May 5, 2021. Alternatively, if the Court prefers submissions two weeks before sentencing, I ask that Mr. Zavala's sentencing be adjourned by about two weeks.

Thank you.

Respectfully submitted,

/s/Julia Gatto
Julia L. Gatto
Assistant Federal Defender
(212) 417-8750

cc:  AUSA Justin Rodriguez (via ECF)
     David S. Greenfield, Esq. (via ECF)

```
Application GRANTED.

Dated:   April 29, 2021
         New York, New York
```

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE