**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 5, 2021



*VIA ECF*
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street
New York, New York 10007

      Re:   *United States v. Daniel Zavala and Christopher DeAquino*,
             18 CR 735 (KPF)

Dear Judge Failla:

With the consent of the government, I write to seek an adjournment of Mr. Zavala's sentencing, currently scheduled for May 14, 2021. The parties ask for an adjournment of about 8 weeks, by which time we anticipate Mr. Zavala will be fully inoculated against COVID and will be able to travel from California, where he resides, to New York for an in-person sentencing proceeding.

Respectfully submitted,

/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
M: 347-528-6714

cc: all parties (via ECF)

Application GRANTED. The sentencing scheduled for May 14, 2021, is hereby ADJOURNED to July 9, 2021, at 3:00 p.m., in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The opening sentencing submission shall be due two weeks in advance of sentencing and the response submission is due one week in advance of sentencing.

SO ORDERED.

Dated: May 5, 2021
New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE