UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **TRANSPORTATION ORDER** |
| - v - | : | 18 Cr. 735 (KPF) |
| Daniel Zavala, | : | |
| Defendant. | : | |

----------------------------------x

Upon the application of **Daniel Zavala**, by his attorney, **Julia Gatto, Esq.,** Federal Defenders of New York, pursuant to 18 U.S.C. § 4282, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Daniel Zavala with funds to cover the cost of travel between Ontario, California and New York, New York for his sentencing on July 9th, 2021. It is ordered that Mr. Zavala's flight from Ontario, California depart after 9PM on July 8, 2021 and arrive no later than 9AM on July 9, 2021. It is ordered that Mr. Zavala's return flight from New York, New York depart after 6PM on July 9, 2021.

**ORDERED** that the aforesaid expenses shall be paid by the United States Marshals Service.

The Clerk of Court is directed to terminate the motions pending at docket entries 76 and 77.

Dated: June 25, 2021
       New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE